O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIKE AMARAL,                                    CASE NO. CV 08-05752 VBF (RZ)

              Plaintiff,

        vs.                                      ORDER ACCEPTING AND
                                                ADOPTING REPORT AND
                                                RECOMMENDATION OF UNITED
WARDEN NORWOOD, ET AL.,                         STATES MAGISTRATE JUDGE

              Defendants.

        The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any objections.  The Court accepts the Report and adopts its findings and recommendations.

DATED: January 26, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE