**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE AMARAL, | CASE NO. CV 08-05752 VBF (RZ) |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| WARDEN NORWOOD, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: January 26, 2009

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE